■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. DANIEL BOONE ALLISON II, Admitted on January 27, 1966, at a Term of the Appellate Division, First Department. [773 NYS2d 871]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 230 AD2d 366 (1997).]